**Opinion issued May 29, 2025**



In The

# Court of Appeals

### For The

# First District of Texas

————————————————

### NO. 01-24-00705-CV

————————————————

### ELIZABETH ANN IRVIN-STRAVOSKI, Appellant

### V.

### JASON LEE STRAVOSKI, Appellee

---

### On Appeal from the County Court at Law No. 2
### Waller County, Texas
### Trial Court Case No. 23-08-27532

---

### MEMORANDUM OPINION

Appellant, Elizabeth Ann Irvin-Stravoski, has filed a notice of appeal from the trial court's order signed on August 8, 2024. Appellant has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief).

On September 20, 2024, the court reporter's record was filed, and on December 3, 2024, the clerk's record was filed. Accordingly, appellant's brief was due to be filed on or before January 2, 2025. *See* TEX. R. APP. P. 38.6(a). Appellant did not file an appellant's brief.

On March 17, 2025, the Clerk of this Court notified appellant that this appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite the notice that this appeal was subject to dismissal, appellant did not respond to the March 17, 2025 notice.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Morgan.